**Order entered September 29, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-19-01367-CR

**DONALD NOLAN LEHMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F18-76726-Y**

**ORDER**

We **REINSTATE** this appeal.

We abated for a hearing on why appellant's brief had not been filed. The trial court held a hearing and made findings. We **ADOPT** the findings that appellant desires to prosecute this appeal and appellate counsel has not abandoned the appeal. In the hearing, counsel state he needed additional time to finish the brief.

We **ORDER** appellant's brief due by October 26, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Jeff P. Buchwald; and the Dallas County District Attorney's Office, Appellate Division.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE